**Motion to Stay Denied; Motion to Dismiss Granted; Appeal Dismissed and Memorandum Opinion filed February 25, 2015**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00138-CV

---

**THE CITY OF HOUSTON, Appellant**

**V.**

**FREEDMEN'S TOWN PRESERVATION COALITION, Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-02771**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed February 12, 2015. On February 17, 2015, appellee filed a motion to dismiss the appeal. On February 20, 2015, appellant filed a motion to stay. Appellant's motion for stay is denied. Appellee's

motion to dismiss is granted. Accordingly, the appeal is ordered dismissed. *See University of Texas v. Estate of Blackmon*, 195 S.W.3d 98, 100 (Tex. 2006).


PER CURIAM


Panel consists of Justices Boyce, Jamison and Brown.